Barrie REGISTER *v.* STATE of Arkansas

CR 92-735                                        852 S.W.2d 308

Supreme Court of Arkansas
Substituted opinion delivered March 19, 1993[1]

Order to Show Cause.

PER CURIAM. This order is substituted for the order to show cause in this case which was issued March 8, 1993.

The appellant's attorney Barry J. Watkins is directed to appear before this court at 9:00 a.m. on March 22, 1993, to show cause why he should not be held in contempt of court for failure to file a brief in the case.